UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$104,966.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>MARVELLA PEREZ,<br><br>Claimant. | NO. 2:20-CV-02647-TJH (PVCx)<br><br>**CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND CLAIMANT MARVELLA PEREZ   [JS-6]** |

Pursuant to the stipulation between plaintiff United States of America and claimant Marvella Perez ("Perez"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about March 20, 2020, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Verified Complaint For Forfeiture alleging that the defendant $104,966.00 in U.S. currency are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because the defendant currency represents

or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical.

On or about November 13, 2018, Perez filed a claim to defendant $104,966.00 in U.S. currency.  Other than Perez, no other person or entity has filed a claim to defendant $104,966.00 in U.S. currency.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and Claimant Perez have now agreed to settle this action relative to the disputes between them with respect to the defendant currency and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based on the mutual consent of the United States of America and Claimant Perez,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      As between the United States of America and Claimant Perez with respect to the defendant currency, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.      As between the United States of America and Claimant Perez with respect to the defendant currency, the Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.      Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person other than Claimant Perez with respect to the defendant currency.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true with respect to the defendant currency.

4.      The sum of $50,000.00 only (without interest) shall be returned to Claimant Perez.  The remainder of the defendant currency (*i.e.*, $54,966.00), plus the interest earned by the United States of America defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5.      The funds to be returned to Claimant Perez pursuant to paragraph 4 above shall be paid to Claimant Perez by electronic transfer directly into the client trust account of Jilbert Tahmazian, Tahmazian Law Firm, P.C., 1518 W Glenoaks Blvd., Glendale, CA 91201, Phone: 818-242-8201, the attorney of record for Claimant Perez in this case. Claimant Perez (through Claimant Perez's attorney of record, Jilbert Tahmazian, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer including, without limitation, providing Claimant Perez's social security and taxpayer identification numbers (if any), Claimant Perez's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Tahmazian Law Firm, P.C., client trust account to which the transfer of funds is to be made.

6.      Claimant Perez hereby waives, relinquishes and abandons any right to contest the forfeiture of the remainder of the defendant currency (*i.e.*, $54,966.00), plus the interest earned by the United States of America and releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Perez hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant Perez with respect to any portion of the defendant currency, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.      As between the United States of America and Claimant Perez with respect to the defendant currency, (i) the Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings; and (ii) this

judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.    As between the United States of America and Claimant Perez with regard to the defendant currency, the Court further finds that Claimant Perez did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

9.    The United States of America and Claimant Perez consent to this judgment and waive any right to appeal this judgment.


AUGUST 12  2021
DATE

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

CC: FISCAL

Presented by

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4